B6A (Official Form 6A) (12/07)

In re  **Maria Infante**  ,    Case No. **08-21573**
                                  Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **701 Flower Street**<br>**Las Vegas, NV  89101**<br>**GREATER LAS VEGAS ADD TRACT 1**<br>**PLAT BOOK 4 PAGE 72**<br>**LOT 20 BLOCK 4**<br>**SEC 26 TWP 20 RNG 61** | **Fee simple** | - | 98,500.00 | 168,749.00 |
| **5713 Cabrillo Court**<br>**Las Vegas, NV  89108**<br>**TWIN LAKES VILLAGE UNIT #14A**<br>**PLAT BOOK 9 PAGE 95**<br>**LOT 40 BLOCK 2**<br>**SEC 12 TWP 20 RNG 60** | **Fee simple** | - | 105,800.00 | 243,498.00 |

Sub-Total >    **204,300.00**    (Total of this page)

Total >    **204,300.00**

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Maria Infante**, Case No. **08-21573**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase Mtg**<br>**10790 Rancho Berna**<br>**San Diego, CA 92127** | - | | **5713 Cabrillo Court**<br>**Las Vegas, NV 89108**<br>**TWIN LAKES VILLAGE UNIT #14A**<br>**PLAT BOOK 9 PAGE 95**<br>**LOT 40 BLOCK 2**<br>**SEC 12 TWP 20 RNG 60**<br>Value $ 105,800.00 | | | | **182,526.00** | **76,726.00** |
| Account No.<br><br>**Litton Loan**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | - | | **5713 Cabrillo Court**<br>**Las Vegas, NV 89108**<br>**TWIN LAKES VILLAGE UNIT #14A**<br>**PLAT BOOK 9 PAGE 95**<br>**LOT 40 BLOCK 2**<br>**SEC 12 TWP 20 RNG 60**<br>Value $ 105,800.00 | | | | **60,972.00** | **60,972.00** |
| Account No.<br><br>**Wlsfgr Hmmtg**<br>**7255 Baymeadows Wa**<br>**Jacksonville, FL 32256** | - | | **701 Flower Street**<br>**Las Vegas, NV 89101**<br>**GREATER LAS VEGAS ADD TRACT 1**<br>**PLAT BOOK 4 PAGE 72**<br>**LOT 20 BLOCK 4**<br>**SEC 26 TWP 20 RNG 61**<br>Value $ 98,500.00 | | | | **168,749.00** | **70,249.00** |
| Account No.<br><br> | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page): **412,247.00** | **207,947.00**

Total (Report on Summary of Schedules): **412,247.00** | **207,947.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Maria Infante**  
Debtor(s)

Case No.  **08-21573**  
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 8, 2009**

Signature  **/s/ Maria Infante**  
**Maria Infante**  
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **Maria Infante**
Debtor(s)

Case No. **08-21573**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| | |
|---|---|
| **Creditor's Name:**<br>Chase Mtg | **Describe Property Securing Debt:**<br>5713 Cabrillo Court<br>Las Vegas, NV  89108<br>TWIN LAKES VILLAGE UNIT #14A<br>PLAT BOOK 9 PAGE 95<br>LOT 40 BLOCK 2<br>SEC 12 TWP 20 RNG 60 |

Property will be (check one):
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

---

Property No. 2

| | |
|---|---|
| **Creditor's Name:**<br>Litton Loan | **Describe Property Securing Debt:**<br>5713 Cabrillo Court<br>Las Vegas, NV  89108<br>TWIN LAKES VILLAGE UNIT #14A<br>PLAT BOOK 9 PAGE 95<br>LOT 40 BLOCK 2<br>SEC 12 TWP 20 RNG 60 |

Property will be (check one):
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Wlsfgr Hmmtg | **Describe Property Securing Debt:**<br>701 Flower Street<br>Las Vegas, NV  89101<br>GREATER LAS VEGAS ADD TRACT 1<br>PLAT BOOK 4 PAGE 72<br>LOT 20 BLOCK 4<br>SEC 26 TWP 20 RNG 61 |

Property will be (check one):
  ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July  8, 2009**        Signature  **/s/ Maria Infante**
                                                           **Maria Infante**
                                                           Debtor